UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 91CR0437-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| JUAN MANUEL REYNA (3) ANTONIO BELTRAN MARTINEZ(9), | ) | |
| Defendants. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: July 8, 2014

_____
HONORABLE BARRY TED MOSKOWITZ
Chief Judge